**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANTHONY JOSE GARCIA-GARCIA**, <br> *Petitioner,* <br><br> v. <br><br> **J.L. JAMISON, in his official capacity as Warden of Federal Detention Center, Philadelphia; BRIAN MCSHANE, in his official capacity as Acting Philadelphia Field Office Director, United States Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; THE U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States;** <br> *Respondents.* | **Civil No. 26-3439** |

**ORDER**

**AND NOW**, this 21st day of May, 2026, upon consideration of the Petition of Anthony Jose Garcia-Garcia for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Government shall respond to the petition by May 26, 2026.  Petitioner may file a reply on or before May 29, 2026.

**BY THE COURT:**

_____
MARY KAY COSTELLO
United States District Judge