**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANTHONY JOSE GARCIA-GARCIA**, *Petitioner,*<br><br>v.<br><br>**J.L. JAMISON, in his official capacity as Warden of Federal Detention Center, Philadelphia; BRIAN MCSHANE, in his official capacity as Acting Field Office Director, United States Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; THE U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,** *Respondents.* | **Civil No. 26-3439** |

**ORDER**

**AND NOW**, this 2nd day of June, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Anthony Jose Garcia-Garcia and all corresponding briefing, it is hereby **ORDERED** as follows:

1.      The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2.      Garcia-Garcia is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3.      The Government shall **RELEASE** Garcia-Garcia from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on June 3, 2026.

4.      The Government is temporarily enjoined from re-detaining Garcia-Garcia for seven days following his release from custody.

5.      If the Government chooses to pursue re-detention of Garcia-Garcia after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

**BY THE COURT:**

_____
MARY KAY COSTELLO, J.