## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY JOSE GARCIA-GARCIA,**<br>*Petitioner*,<br><br>v.<br><br>**J.L. JAMISON, in his official capacity as Warden of Federal Detention Center, Philadelphia; BRIAN MCSHANE, in his official capacity as Acting Field Office Director, United States Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; THE U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,**<br>*Respondents*. | **Civil No. 26-3439** |

## ORDER

**AND NOW**, this 11th day of June, 2026, upon consideration of the Respondents' Certification of Compliance (ECF No. 7), it is hereby **ORDERED** that the Clerk of Courts is directed to **CLOSE** this case.

**BY THE COURT:**

_____
MARY KAY COSTELLO
United States District Judge