**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANTHONY JOSE GARCIA-GARCIA,** *Petitioner,*<br><br>v.<br><br>**J.L. JAMISON, et al.,** *Respondents.* | **Civil No. 26-3439** |

**ORDER**

**AND NOW**, this 18th day of August, 2026, upon consideration of Petitioner's Motion for Attorneys' Fees (ECF No. 9), it is hereby **ORDERED** that Petitioner's Motion is **STAYED** pending the Supreme Court's resolution of *Palacios v. Liggins*, No. 25-1223, 2026 WL 1855057 (U.S. June 29, 2026).[1]

It is further **ORDERED** that within seven days of the Court's decision in *Palacios*, the Government shall respond to Petitioner's Motion.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge

[1] Petitioner moves for attorneys' fees pursuant to the Equal Access to Justice Act ("EAJA"). The Supreme Court of the United States recently granted certiorari to consider whether the "any civil action" language in the EAJA encompasses actions seeking a writ of habeas corpus to challenge civil immigration detention. *See Palacios v. Liggins*, No. 25-1223, 2026 WL 1855057 (U.S. June 29, 2026). The Court's decision in that case will be dispositive of Petitioner's fee motion in this action. Thus, in order to conserve judicial resources, the Court will hold Petitioner's motion in abeyance pending the Supreme Court's resolution of *Palacios*. *See Salgado v. Francis*, No. 25-CV-6524, 2026 WL 2123305 (S.D.N.Y. July 23, 2026) (holding motion for attorneys' fees under EAJA in abeyance pending resolution of *Palacios*).